Wyeth E. Burrows (State Bar No. 203851)
Wburrows@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
501 West Broadway, Suite 1200
San Diego, California 92101
Phone: 619-849-4900 ♦ Fax: 619-849-4950

Attorneys for Defendant, NORTHLINE FLATBED SERVICES.

### UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CYNTHIA MARIE QUIJANO,<br><br>    Plaintiff,<br><br>v.<br><br>HARJEET SINGH SAJJAN; NORTHLINE FLATBED SERVICES; DOES 1-50, INCLUSIVE;,<br><br>    Defendant. | Case No. 5:22-cv-00698-MCS-KK<br><br>**DEFENDANT NORTHLINE FLATBED SERVICES AND PLAINTIFF CYNTHIA MARIE QUIJANO'S JOINT MOTION TO DISMISS**<br><br>[Assigned for All Purposes to Judge Janet M. Frangie, Dept. S29]<br><br>Action Filed:   01/27/2022<br>Trial Date:      None Set |

   The parties to this action hereby submit the following Joint Motion for Dismissal of this Action due to complete and final settlement of all claims for relief.

   The parties jointly request Dismissal of all remaining parties to this Action and as to all remaining claims for relief with Prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii).

DATED: July 25, 2022          WOOD, SMITH, HENNING & BERMAN LLP

                              By: _____
                                   WYETH E. BURROWS

-1-

DEFENDANT ONTARIO INC. AND PLAINTIFF CYNTHIA MARIE QUIJANO'S JOINT MOTION TO DISMISS

Attorneys for Defendant, NORTHLINE FLATBED SERVICES

DATED: July 14, 2022

CALIFORNIA LAWYERS GROUP, INC.

By: *Mitra CG*
MITRA CHEGINI,
DAVID J. CASTENHOLZ
Attorneys for Plaintiff, CYNTHIA MARIE QUIJANO

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

25156804.1:05580-0328

-2-

DEFENDANT ONTARIO INC. AND PLAINTIFF CYNTHIA MARIE QUIJANO'S JOINT MOTION TO DISMISS

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: July 25, 2022          WOOD, SMITH, HENNING & BERMAN LLP

By: _____
WYETH E. BURROWS
Attorneys for Defendant, NORTHLINE FLATBED SERVICES

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

25156804.1:05580-0328                    -4-
DEFENDANT ONTARIO INC. AND PLAINTIFF CYNTHIA MARIE QUIJANO'S JOINT MOTION TO DISMISS

# PROOF OF SERVICE

**Cynthia Marie Quijano v. Harjeet Singh Sajjan, et al.**
**Case No. 5:22-cv-00698-MCS-KK**

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 501 West Broadway, Suite 1200, San Diego, CA 92101.

On July 25, 2022, I served the following document(s) described as **DEFENDANT NORTHLINE FLATBED SERVICES AND PLAINTIFF CYNTHIA MARIE QUIJANO'S JOINT MOTION TO DISMISS** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 25, 2022, at San Diego, California.

_____
Arielle Padilla

**SERVICE LIST**
**Cynthia Marie Quijano v. Harjeet Singh Sajjan, et al.**
**Case No. CIVSB2202951**

Mitra Chegini, Esq.
David J. Castenholz, Esq.
California Lawyers Group, Inc.
440 East La Habra Blvd.
La Habra, CA 90631
T: (562) 690-1020
E-Mail: Mitracesq@gmail.comc

**ATTORNEY FOR PLAINTIFF,
CYNTHIA MARIE QUIJANO**